UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

RYAN LEDEAN GILLESPIE,

        Petitioner,               Case No. 1:23-cv-1100

v.

                                       Honorable Ray Kent

RUSSELL OLMSTEAD,

        Respondent.
_____/

## ORDER TO FILE AMENDED PETITION

Petitioner Ryan Ledean Gillespie, a pre-trial detainee of the St. Joseph County Jail, has filed this action seeking, *inter alia*, his "immediate release and/or to go to trial." Accordingly, the Court has construed Petitioner's "petition and complaint against a state municipality(s)" (ECF No. 1) as habeas corpus action pursuant to 28 U.S.C. § 2241. All applications for habeas corpus relief must be submitted on the form petition provided by this Court. W.D. Mich. LCivR 5.6(a). Petitioner failed to file his petition on the requisite form.

If Petitioner wishes to proceed with his action, he must carefully fill out the form and submit it to the Court. The Court directs the Clerk to send to Petitioner a copy of the form petition under 28 U.S.C. § 2241. Petitioner shall submit an amended petition by filing his habeas petition on the requisite form within 28 days from the date of entry of this order. The case number shown above must appear on the front page of the amended petition. Petitioner must file an original and one complete copy of the amended petition and any new attachments. Petitioner need not re-submit supporting materials filed with the original petition. Because the amended petition will take the

place of the original petition, the amended petition must set forth all of the grounds for relief that Petitioner intends to raise.

If Petitioner fails to submit an amended petition in proper form within the time allowed, the petition may be dismissed without prejudice by the Court.

**IT IS SO ORDERED**.

Dated:  October 24, 2023             /s/ Ray Kent
                                      Ray Kent
                                      United States Magistrate Judge