UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RYAN LEDEAN GILLESPIE,

          Petitioner,

v.

RUSSELL OLMSTEAD,

          Respondent.

_____/

Case No. 1:23-cv-1100

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 2253 for lack of exhaustion of available state court remedies and as premature based on the relief requested.

Dated: November 27, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge